PROB 12C
(4/17)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Vlade Stojchevski            **Docket Number:** 10-00430-001
                                                                                                                 **PACTS Number:** 56358

**Name of Sentencing Judicial Officer:**    THE HONORABLE ANNE E. THOMPSON
                                                                                        SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/30/2011
**Date of Violation Sentence:** 01/16/2019

**Original Offense:**     Wire Fraud, 18 U.S.C.§ 1343

**Original Sentence:** 71 months imprisonment, 48 months supervised release
**Violation Sentence:** Supervision continued with 6 months home confinement

**Special Conditions:** Substance Abuse Testing, Alcohol/Drug Treatment, No New Debt/Credit, $100 Special Assessment (paid), $635,000 Restitution, Mental Health Treatment, IRS Cooperation

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 05/18/2016

**Assistant U.S. Attorney:** Ray Mateo, 402 East State Street, Room 430, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Kenneth Brown, Law Offices of Montell Figgins, 17 Academy Street, #305, Newark, New Jersey 07102, (973) 242-4700 ext. 102 (Retained)

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.'** |
| | The offender was employed by North Bay Solutions, LLC in Andover, Massachusetts as the Vice President, Delivery, since November 2018. Stojchevski was employed with this company until July 2019, when the company was notified of Stojchevski's supervision. The offender did not inform the probation office of this employment. |

2        The offender has violated the standard supervision condition which states **'As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.'**

Stojchevski was employed as the Vice President, Delivery for North Bay Solutions. This is an information technology company in which Stojchevski was responsible for specialized services at a senior level. He did not inform this employer of his criminal history or current supervision and once the company was made aware, his employment was terminated. It should be noted in the instant offense Stojchevski abused his specialized technical training in information technology to carry out the offense. There was a clear and identified third-party risk to this employer.

3        The offender has violated the supervision condition which states **'Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Office access to your financial information and records.'**

On February 1, 2019, Stojchevski submitted net worth and monthly cash flow forms with supporting documentation. He failed to include his income from North Bay Solutions and his access to his father's bank account.

According to Stojchevski's employment offer letter from North Bay Solutions and pay stubs received from the employer, Stojchevski earned approximately $250,000 from December 2018 to June 2019.

During an office visit on July 22, 2019, the probation officer asked where Stojchevski held his earnings from North Bay Solutions. He explained that he deposited the earnings into a joint bank account with his father at Chase Bank. The probation office continued to question Stojchevski about how he spent the earnings and he stated that he has approximately $40,000 left in his father's account. Stojchevski refused to answer what he did with the remaining $210,000.

4      The offender has violated the standard supervision condition which states **'You must answer truthfully the questions asked by your probation officer.'**

From January 2019 until July 2019, the offender was continuously dishonest with the probation officer about his employment. The probation officer questioned Stojchevski on numerous occasions about his employment and he maintained he was only employed by VJVIT Consulting in Clifton, New Jersey.

5      The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

On July 22, 2019, Stojchevski tested positive for methamphetamines on a 13-panel instant test. A laboratory confirmation is pending. Stojchevski admitted to abusing Tylenol PM and anti-histamines the evening prior to the test.

I declare under penalty of perjury that the foregoing is true and correct.
*Dana Hafner/nm*
By: Dana Hafner
Senior U.S. Probation Officer
Date: 07/23/2019

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☑ The Issuance of a Summons. Date of Hearing: 9/26/19. (as recommended by Probation) 2:00 pm
☐ No Action
☐ Other

_Anne E. Thompson_
Signature of Judicial Officer

7/29/2019
Date